STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 010019
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Attorneys for Defendant *Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHELLE PETERS,

        Plaintiff,

  vs.

CLARK COUNTY, a political subdivision of the State of Nevada,

        Defendant.

Case No:   2:20-cv-01811-JAD-EJY

**REQUEST FOR EXEMPTION FROM ENE ATTENDANCE REQUIREMENT**

      Defendant CLARK COUNTY through its attorney STEVEN B. WOLFSON, District Attorney, by SCOTT DAVIS, Deputy District Attorney, in accordance with the Order Scheduling Early Neutral Evaluation Session (ECF No. # 4), requests exemption to the attendance requirements set forth therein as follows:

      The authority of the Court to schedule an Early Neutral Evaluation ("ENE") is found in LR 16-6. The issue of representation by a public body defendant at a settlement conference was addressed by the Advisory Committee to the Federal of Rules of Civil Procedure in 1993. The Advisory Committee noted with regard to ordering the appearance of a governmental entity, as follows:

> Particularly in litigation in which governmental agencies or large amounts of money are involved, there may be no one with on-the-spot settlement authority, and the most that should be expected is **access to a person who would have a major role in submitting a recommendation to the body** or board with

      ultimate decision-making authority.  The selection of the appropriate representative should ordinarily be left to the party and its counsel.

Advisory Committee Note to 1993 Amendments to Fed. R. Civ. P. 16(c)(9) (emphasis added.)

In this case, a seven-member Board of County Commissioners for Clark County has the ultimate authority to settle the case. However, this Defendant requests exception from attendance by the Board of County Commissioners pursuant to LR 16-6(e). Les Lee Shell, the Risk Manager for Clark County is the appropriate representative and will attend the ENE.

## **CONCLUSION**

Based upon the foregoing, Defendant requests an exception to the attendance requirements for the ENE to allow the attendance of Les Lee Shell, as the authorized representative of Defendant.

DATED this 2nd day of November 2020.

                STEVEN B. WOLFSON
                DISTRICT ATTORNEY

        By:  */s/ Scott Davis*
                SCOTT R. DAVIS
                Deputy District Attorney
                State Bar No. 010019
                500 South Grand Central Pkwy., Suite 5075
                Las Vegas, Nevada 89155-2215
                Attorneys for Defendants *Clark County*

**IT IS SO ORDERED.**

DATED: November 3, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I am an employee of the Office of the Clark County District Attorney and that on this 2nd day of November, 2020, I served a true and correct copy of the foregoing **Request for Exemption from ENE Attendance Requirement** (United States District Court Pacer System or the Eighth Judicial District Wiznet), by e-mailing the same to the following recipients. Service of the foregoing document by e-mail is in place of service via the United States Postal Service.

> James P. Kemp, Esq.
> KEMP & KEMP, ATTORNEYS AT LAW
> 7435 W. Azure Drive, Suite 110
> Las Vegas, Nevada 89130
> *Attorney for Plaintiff*
> jp@kemp-attorneys.com

　　　　　　　　　　　　　　　　　　　/s/ Aisha A. Rincon
　　　　　　　　　　　　　　　　　　An Employee of the Clark County District
　　　　　　　　　　　　　　　　　　Attorney's Office – Civil Division