JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Michelle Peters*

STEVEN B. WOLFSON, ESQ.
District Attorney, State Bar No. 1565
**CIVIL DIVISION**
By: SCOTT R. DAVIS, ESQ.
Deputy District Attorney, State Bar No. 10019
500 South Grand Central Pkwy., Suite 5075
Las Vegas NV 89155-2215
702-455-4761 ph./ 702-382-5178 fax
*Attorneys for Defendant Clark County,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| MICHELLE PETERS, | Case No.: 2:20-cv-01811-JAD-EJY |
| Plaintiff, | |
| vs. | |
| CLARK COUNTY, a political subdivision of the State of Nevada; DOES I-X. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE AND TAKE DEPOSITION AFTER DISCOVERY DEADLINE** |
| Defendants | **[FIRST REQUEST]** |

Pursuant to Local Rules 6-1 and 26-4, Defendant Clark County ("Defendant") and Plaintiff Michelle Peters ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the current dispositive motion deadline from December 1, 2021 to January 3, 2022 and

1

to permit the FRCP Rule 30(b)(6) deposition of the Defendant to proceed and be completed after the current discovery period ends on November 1, 2021. The Parties inform the court as follows:

1. On October 8, 2021 Plaintiff served her FRCP Rule 30(b)(6) notice on Defendant. Upon the parties meeting and conferring on the topics it was learned that the date that the deposition was noticed for was inconvenient due to Defense counsel's schedule and that of the persons who will be testifying on behalf of the Defendant;

2. Due to calendar conflicts of counsel and the designated deponents, the first available dates for the deposition to take place are November 4, 2021 for one designee, and November 18, 2021 for the other two designees;

3. Accordingly, the Parties stipulate to extend the dispositive motion deadline from December 1, 2021 through and including January 3, 2022 (approximately 30 days given the date of the observed New Years holiday) and that the FRCP Rule 30(b)(6) deposition may be taken after the current November 1, 2021 close of discovery;

4. This extension is in good faith to accommodate the schedules of counsel and witnesses and not for purposes of delay.

///

///

///

///

///

///

Accordingly, the parties stipulate, subject to approval of this court, to the following new proposed deadlines:

| Deadline | Current Deadline | Revised Deadline |
| --- | --- | --- |
| Discovery Cut-off | November 1, 2021 | December 1, 2021 (Def Depo) |
| Dispositive Motions | December 1, 2021 | January 3, 2022 |
| Joint Pretrial Order | January 3, 2022 | February 2, 2022 |

Respectfully submitted,

Dated this 1st day of November, 2021,    Dated this 1st day of November, 2021,

/s/James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No: 6375
KEMP & KEMP
*Attorneys for Plaintiff*

/s/ Scott R. Davis
SCOTT R. DAVIS, ESQ.
Nevada Bar No.: 10019
CLARK COUNTY DISTRICT ATTORNEY'S OFFICE
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2021