JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Michelle Peters*

STEVEN B. WOLFSON, ESQ.
District Attorney, State Bar No. 1565
**CIVIL DIVISION**
By: SCOTT R. DAVIS, ESQ.
Deputy District Attorney, State Bar No. 10019
500 South Grand Central Pkwy., Suite 5075
Las Vegas NV 89155-2215
702-455-4761 ph./ 702-382-5178 fax
*Attorneys for Defendant Clark County,*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| MICHELLE PETERS, | Case No.: 2:20-cv-01811-JAD-EJY |
| Plaintiff, | |
| vs. | |
| CLARK COUNTY, a political subdivision of the State of Nevada; DOES I-X. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants | **[FIRST REQUEST]** |

Pursuant to Local Rules 6-1 and 26-4, Defendant Clark County ("Defendant") and Plaintiff Michelle Peters ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the current January 24, 2022 deadline for Plaintiff to respond to Defendant's Motion

1

for Summary Judgment (ECF No. 27) through and including **Monday, February 7, 2022.** Plaintiff's counsel has been tied up with personal matters related to his 89 year old mother's health as well as a very heavy workload including depositions, administrative hearings, and an arbitration hearing since the Motion for Summary Judgment was filed on January 3, 2022. Plaintiff's counsel has not had time to address the extensive Motion and has not been able to work with Ms. Peters on the response.

    This stipulation is entered into in good faith and not for purposes of delay.

    Respectfully submitted,

Dated this 20th day of January, 2022,       Dated this 20th day of January, 2022,

/s/James P. Kemp       /s/ Scott R. Davis
JAMES P. KEMP, ESQ.       SCOTT R. DAVIS, ESQ.
Nevada Bar No: 6375       Nevada Bar No.: 10019
KEMP & KEMP       CLARK COUNTY DISTRICT ATTORNEY'S OFFICE
*Attorneys for Plaintiff*       *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
January 24, 2022