STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
By: **NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 13180
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
          Nicole.Malich@ClarkCountyDA.com
Attorneys for Defendant *Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PETERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada,,<br><br>  Defendant. | Case No:   2:20-cv-01811-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

Pursuant to LR 6-1 and LR 26-4, Plaintiff Michelle Peters ("Plaintiff"), by and through her undersigned counsel James P. Kemp, Esq., and Defendant Clark County, ("Defendant"), by and through its undersigned counsel Scott Davis, Deputy District Attorney and Nicole R. Malich, Deputy District Attorney, hereby stipulate to extend  the current February 22, 2022 deadline for Defendant to reply to Plaintiff's response to Defendant's Motion for Summary Judgment (ECF # 33) through and including **March 1, 2022**. Pursuant to LR 6-1(c) the subject motion (ECF # 27) was filed on January 3, 2022. Plaintiff's response (ECF # 33) was filed on February 7, 2022.  This is the first request to extend time for the reply pleading, and the second request to extend time relative to this motion. On January 24, 2022, Plaintiff was granted an extension to file her response (ECF #32).

Defense counsel has experienced a heavy workload including motion practice and briefing deadlines in other matters that are due the same day as the response would be due in this case and has not had adequate opportunity to address the arguments raised in Plaintiff's response. The requested extension is sought in good faith and not for purposes of undue delay.

Respectfully submitted,

Dated this 18th day of February 2022                Dated this 18th day of February, 2022

 /s/ James P. Kemp                                              /s/ Scott Davis
James P. Kemp, Esq.                                         Scott Davis, Deputy District Attorney
Nevada Bar No. 6375                                         Nevada Bar No. 10019
Kemp & Kemp                                                    Clark County District Attorney
*Attorneys for Plaintiff*                                        *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2022